Form 3A
(10/05)

# United States Bankruptcy Court
_____ District Of ____Illinois____

In re __Kyiel V. Anderson__,
                Debtor

Case No. __08-18920__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __100—__         Check one  ☑ With the filing of the petition, or
                                  ☐ On or before _____
    $ __58__    on or before __8-23-08__
    $ __58__    on or before __9-23-08__
    $ __58__    on or before __10-23-08__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          __Kyiel Anderson_____
Signature of Attorney         Date               Signature of Debtor                        Date
                                                 (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                                 _____
                                                 Signature of Joint Debtor (if any)         Date



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 2 3 2008
KENNETH S. GARDNER, CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of _____ Illinois _____

In re __Kyjel V. Anderson__,
       Debtor

Case No. __08-18920__

Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one   ☐ With the filing of the petition, or
                                  ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __JUL 2 3 2008__

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner Clerk of the Court