```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 18920
   KYIEL V ANDERSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2337


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/23/2008 and was not confirmed.

     The case was dismissed without confirmation 10/02/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CITIFINANCIAL              SECURED VEHIC    21782.22          .00           .00
ARONSON FURNITURE          UNSECURED       NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         1079.81          .00           .00
NEXTEL                     UNSECURED       NOT FILED          .00           .00
SPRINT COMMUNICATIONS      UNSECURED       NOT FILED          .00           .00
HOUSEHOLD                  UNSECURED       NOT FILED          .00           .00
FINGERHUT CREDIT ADVANTA   UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED          .00           .00
ASSET ACCEPTANCE           UNSECURED         3904.39          .00           .00
US CELLULAR                UNSECURED       NOT FILED          .00           .00
TRIBUTE                    UNSECURED       NOT FILED          .00           .00
CITI BP OIL                UNSECURED       NOT FILED          .00           .00
NATIONWIDE CREDIT CO       UNSECURED       NOT FILED          .00           .00
NATIONWIDE CREDIT CO       UNSECURED       NOT FILED          .00           .00
BANK OF AMERICA NA         UNSECURED       NOT FILED          .00           .00
AMERICAN COLLECTION        UNSECURED       NOT FILED          .00           .00
PARK DANSAN                UNSECURED       NOT FILED          .00           .00
BARNES AUTO GROUP          UNSECURED       NOT FILED          .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED          .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED          .00           .00
NCA                        UNSECURED       NOT FILED          .00           .00
NICOR GAS                  UNSECURED       NOT FILED          .00           .00
ASSET ACCEPTANCE           UNSECURED          472.70          .00           .00
ASSET ACCEPTANCE           UNSECURED          742.53          .00           .00
NORTHERN LEASING SYSTEM    UNSECURED       NOT FILED          .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                          .00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18920 KYIEL V ANDERSON
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                      ---------------   ---------------
TOTALS                                            .00               .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 01/27/09                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```